**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

|  |  |
|---|---|
| MICHELLE BARKER, on behalf of herself and all others similarly situated,<br><br>       Plaintiff,<br><br>     v.<br><br>NESTLÉ PURINA PETCARE COMPANY,<br><br>       Defendant. | Case No. 4:21-cv-01075-MTS |

## JOINT NOTICE OF SETTLEMENT

Pursuant to the Court's January 26, 2023 Order (Doc. No. 50), Plaintiff Michelle Barker and Defendant Nestlé Purina Petcare Company (collectively the "Parties"), by and through their respective counsel, inform the Court that they have reached a conditional settlement of this action. The Parties respectfully request that the Court continue to stay this litigation for an additional forty-five (45) days until April 13, 2023 to allow the Parties to finalize the settlement agreement and to dismiss this action with prejudice pursuant to Fed. R. Civ. Pro. 41.  A proposed Order continuing the stay until April 13, 2023 is attached as Exhibit A.

Dated: February 27, 2023

Respectfully submitted,

*/s/ Jeffrey S. Goldenberg*

Jeffrey S. Goldenberg (*pro hac vice*)
**GOLDENBERG SCHNEIDER, LPA**
4445 Lake Forest Drive, Suite 490
Cincinnati, OH 45242
Telephone: (513) 345-8291
jgoldenberg@gs-legal.com

Gary E. Mason (*pro hac vice*)
**MASON LLP**
5335 Wisconsin Avenue NW, Suite 640
Washington, D.C. 20015
Telephone: (202) 429-2290
gmason@masonllp.com

Charles E. Schaffer (*pro hac vice*)
David C. Magagna Jr. (*pro hac vice*)
**LEVIN, SEDRAN & BERMAN**
510 Walnut Street, Suite 500
Philadelphia, PA 19106
Telephone: (215) 592-1500
cschaffer@lfsblaw.com
dmagagna@lfsblaw.com

Jonathan Shub (*pro hac vice* forthcoming)
**SHUB LAW FIRM, LLC**
134 Kings Hwy. E., 2nd Floor
Haddonfield, NJ 08033
Telephone: (856) 772-7200
jshub@shublawyers.com

John F. Edgar
**EDGAR LAW FIRM LLC**
2600 Grand Blvd., Suite 440
Kansas City, Missouri 64108
Telephone: (816) 531-0033

***Counsel for Plaintiff Michelle Barker***

Dated: February 27, 2023

By*: /s/ Keri E. Borders*
Keri E. Borders (Cal. Bar No. 194015)
**KING & SPALDING LLP**
633 West Fifth Street
Suite 1600
Los Angeles, CA 90071
Telephone: (213) 443-4393
KBorders@KSLaw.com

James F. Bennett #46826
Adam J. Simon #68396
**DOWD BENNETT LLP**
7733 Forsyth Blvd., Suite 1900
St. Louis, Missouri 63105

2

(314) 889-7300 (telephone)
(314) 863-2111 (facsimile)
jbennett@dowdbennett.com
asimon@dowdbennett.com

***Counsel for Defendant Nestlé Purina
Petcare Company***

## CERTIFICATE OF SERVICE

I hereby certify that on February 27, 2023, I electronically filed the foregoing with the

Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to

all counsel of record.

*/s/ Jeffrey S. Goldenberg*